IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ This order relates to: 06-0058 _____/ | No. M: 05-1699 CRB **ORDER OF DISMISSAL** |

It is has come to the Court's attention that Case No. 06-0058, <u>Beverly v. Pfizer Inc. et al.</u>, is a duplicate of Case No. 05-5197. Case No. 06-0058 is therefore dismissed to clarify the docket.

**IT IS SO ORDERED.**

Dated: January 20, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\orderofdismissal2.wpd